# Court of Appeals
# of the State of Georgia

**ATLANTA,** February 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0964. ASHLEY TURNER v. ANGELA PHAMS, WARDEN et al.**

A jury convicted Ashley Turner of malice murder and other crimes, and the Georgia Supreme Court affirmed his convictions on appeal. *Turner v. State*, 275 Ga. 343 (566 SE2d 676) (2002). In 2024, Turner filed a petition for writ of habeas corpus. Following a hearing, the trial court dismissed Turner's petition, and he appeals.

The Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus.[1] See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). The Supreme Court also has exclusive appellate jurisdiction over all cases "in which a sentence of death was imposed or could be imposed[,]" Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8), such as malice murder. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). For these reasons, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Although in his pro se notice of appeal, Turner appealed to the Supreme Court, the record was transmitted to this Court instead.